**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christine R. Defrangesco          CHAPTER 13
      Debtor(s)

BKY. NO. 23-12139 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 and index same on the master mailing list.

Respectfully submitted,


/s/ Mark Cronin
25 Jul 2023, 18:11:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: aa7e26907cb88cc63bcbb1ef1fab1d75b77c68448494d21af875449bb91b3e60