UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                   **CASE NO.: 23-12139**
                                                                                        **CHAPTER 13**

**Christine R. DeFrangesco,**
   **Debtor.**

_____/

<u>**REQUEST FOR SERVICE**</u>

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2006-11 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                          Authorized Agent for Secured Creditor
                                                          13010 Morris Rd., Suite 450
                                                          Alpharetta, GA 30004
                                                          Telephone: 470-321-7112

                                                     By: <u>/s/Cristina DiGiannantonio</u>
                                                          Cristina DiGiannantonio
                                                          Email: cdigiannantonio@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CHRISTINE R. DEFRANGESCO
4 ASHWOOD LANE
NORRISTOWN, PA 19403

And via electronic mail to:

LAW OFFICE OF DAVID B. SPITOFSKY
516 SWEDE STREET
NORRISTOWN, PA 19401

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

                                        By: /s/ Emily Cheng