# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Christine R. DeFrangesco,<br>            Debtor.<br><br>The Bank Of New York Mellon As Trustee For CWABS, Inc. Asset-Backed Certificates, Series 2006-11,<br>            Movant,<br>    v.<br>Christine R. DeFrangesco,<br>            Debtor/Respondent,<br><br>Scott F. Waterman [Chapter 13], Esq.<br>            Trustee/Respondent | Bankruptcy No. 23-12139-amc<br><br>Chapter 13<br><br>Related to Doc. No. 13<br><br><u>Confirmation Hearing</u>:<br>October 25, 2023 at 10:00 AM |

## PRAECIPE TO WITHDRAW

**PLEASE TAKE NOTICE THAT**, on behalf of The Bank Of New York Mellon As Trustee For CWABS, Inc. Asset-Backed Certificates, Series 2006-11, the undersigned hereby withdraws the following document:

**Docket Entry #13 - The Bank Of New York Mellon As Trustee For CWABS, Inc. Asset-Backed Certificates, Series 2006-11's Objection to Confirmation of Debtors' Chapter 13 Plan, filed on August 30, 2023.**

                                                Respectfully Submitted,

                                                **Robertson, Anschutz, Schneid & Crane LLC**
                                                By: /s/Michelle L. McGowan, Esq., Esq., Esq.
                                                Attorney for Secured Creditor
                                                Michelle L. McGowan, Esq., Esq., Esq.
                                                PA I.D (ATTYBAR)
                                                13010 Morris Rd, Suite 450
                                                Alpharetta, GA 30004

Telephone: 470-321-7113
Email: mimcgowan@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Christine R. DeFrangesco,<br>                    Debtor.<br><br>The Bank Of New York Mellon As Trustee For CWABS, Inc. Asset-Backed Certificates, Series 2006-11,<br>                    Movant,<br>   v.<br>Christine R. DeFrangesco,<br>                    Debtor/Respondent,<br><br>Scott F. Waterman [Chapter 13], Esq.<br>                    Trustee/Respondent | Bankruptcy No. 23-12139-amc<br><br>Chapter 13<br><br>Related to Doc. No. 13<br><br><u>Confirmation Hearing</u>:<br>October 25, 2023 at 10:00 AM |

**<u>CERTIFICATE OF SERVICE</u>**

    **I HEREBY CERTIFY** that on October 20, 2023, I electronically filed the foregoing Praecipe to Withdraw with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DAVID B. SPITOFSKY
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401

SCOTT F. WATERMAN [Chapter 13]

Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Christine R. DeFrangesco
4 Ashwood Lane
Norristown, PA 19403

Date: October 20, 2023

                              Respectfully Submitted,

                              **Robertson, Anschutz, Schneid & Crane LLC**
                              By: /s/Michelle L. McGowan, Esq., Esq., Esq.
                              Attorney for Secured Creditor
                              Michelle L. McGowan, Esq., Esq., Esq., Esq.
                              PA I.D (ATTYBAR)
                              13010 Morris Rd, Suite 450
                              Alpharetta, GA 30004
                              Telephone: 470-321-7113
                              Email:  mimcgowan@raslg.com