United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-12139-amc

Christine R. DeFrangesco   Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 155 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine R. DeFrangesco, 4 Ashwood Lane, Norristown, PA 19403-1714 |
| 14800176 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14800188 | + | Dominic C. DeFrangesco, 4 Ashwood Lane, Norristown, PA 19403-1714 |
| 14818419 | + | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101-2051 |
| 14802208 | + | The Bank of New York, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14800179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:43:48 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14800180 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2023 00:43:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14803662 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2023 00:42:57 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14800181 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:43:54 | Care Credit/GEMB, P.O. Box 981439, El Paso, TX 79998-1439 |
| 14800182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:42:22 | Citicards CBNA, 701 E. 60th Street N, Sioux Falls, SD 57104-0432 |
| 14800183 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 00:31:00 | Comenity Bank, Attn: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14800184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 00:31:00 | Comenity Capital/BJs, Attn.: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14800185 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 00:31:00 | Comenity Capital/Boscovs, Attn.: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14800186 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 00:31:00 | Comenity Capital/Ulta, Attn.: Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14800187 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2023 01:01:36 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 14800189 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 27 2023 00:42:19 | First Premier Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14800178 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 27 2023 00:32:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14800190 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 27 2023 00:32:00 | Genesis FS Card Services, P.O. Box 4477, |

Case 23-12139-amc   Doc 24   Filed 10/28/23   Entered 10/29/23 00:30:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 155 | Total Noticed: 40 |

| Recipient # | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Beaverton, OR 97076-4401 |
| 14800191 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2023 00:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14818327 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2023 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14800192 + | Email/Text: PBNCNotifications@peritusservices.com | Oct 27 2023 00:31:00 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14810112 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 00:42:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14800193 + | Email/Text: Documentfiling@lciinc.com | Oct 27 2023 00:31:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14816187 + | Email/Text: Documentfiling@lciinc.com | Oct 27 2023 00:31:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14806548 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2023 00:43:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14800194 + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2023 00:43:46 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14800195 | Email/Text: PHILAW@weltman.com | Oct 27 2023 00:31:00 | Michael J. Dougherty, Esquire, Weltman Weinberg & Reis Co. LPA, 170 S. Independence Mall West, Suite 874W, Philadelphia, PA 19106-3334 |
| 14814062 + | Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2023 00:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14800196 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2023 00:32:00 | PA Department of Revenue, Commonwealth of Pennsylvania, Bankruptcy Div., Dept. 280946, Harrisburg, PA 17128-0496 |
| 14814779 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2023 00:43:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14818373 + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2023 00:32:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14800197 + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 00:42:22 | Resurgent Capital Services, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14800198 + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2023 00:32:00 | Select Portfolio Servicing, Inc., Attn.: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14800199 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:43:54 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14800200 + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:42:18 | Synchrony Bank/Old Navy, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14800201 + | Email/Text: bncmail@w-legal.com | Oct 27 2023 00:31:00 | TD Bank USA, N.A., c/o Financial & Retail Services, Mailstop BT, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 14804077 + | Email/Text: RASEBN@raslg.com | Oct 27 2023 00:31:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14804426 + | Email/Text: RASEBN@raslg.com | Oct 27 2023 00:31:00 | The Bank of New York Mellon, C/O Cristina DiGiannantonio, 13010 Morris Road, Ste. 450, Alpharetta GA 30004-2001 |
| 14818513 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2023 00:32:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14801915 ^ | MEBN | Oct 27 2023 00:22:04 | The Bank of New York Mellon, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: 155 | Total Noticed: 40 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14800177 | *+ | Christine R. DeFrangesco, 4 Ashwood Lane, Norristown, PA 19403-1714 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Christine R. DeFrangesco spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| MARK A. CRONIN | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2006-11 bkgroup@kmllawgroup.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2006-11 mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christine R. DeFrangesco
     Debtor(s)

Chapter: 13

Bankruptcy No: 23−12139−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this October 25, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

22
Form 155