Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12139-AMC**

Christine R. DeFrangesco  
4 Ashwood Lane  
Norristown  PA   19403

Petition Filed Date: 07/19/2023  
341 Hearing Date: 09/08/2023  
Confirmation Date: 10/25/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $977.00 | | 09/21/2023 | $971.00 | | 10/18/2023 | $1,053.00 | |
| 11/21/2023 | $1,058.00 | | 12/20/2023 | $1,058.00 | | 01/23/2024 | $1,058.00 | |
| 02/21/2024 | $1,058.00 | | 03/19/2024 | $1,058.00 | | 04/22/2024 | $1,058.00 | |
| 05/22/2024 | $1,058.00 | | 06/25/2024 | $1,058.00 | | 07/22/2024 | $1,058.00 | |

**Total Receipts for the Period:  $12,523.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,581.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Creditors | $2,000.94 | $2,000.94 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $308.42 | $0.00 | $308.42 |
| 3 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $604.52 | $15.43 | $589.09 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,483.81 | $37.87 | $1,445.94 |
| 5 | MERRICK BANK »» 004 | Unsecured Creditors | $1,492.77 | $38.11 | $1,454.66 |
| 6 | UNITED STATES TREASURY (IRS) »» 05P | Priority Creditors | $2,515.41 | $2,515.41 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $594.67 | $15.18 | $579.49 |
| 8 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $342.26 | $0.00 | $342.26 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $482.70 | $0.00 | $482.70 |
| 10 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $987.45 | $25.20 | $962.25 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $8,423.96 | $215.03 | $8,208.93 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,526.56 | $115.55 | $4,411.01 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $354.23 | $0.00 | $354.23 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $2,699.62 | $68.91 | $2,630.71 |

**Chapter 13 Case No. 23-12139-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $2,803.58 | $71.56 | $2,732.02 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $532.54 | $0.00 | $532.54 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $6,699.73 | $171.02 | $6,528.71 |
| 18 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $1,406.91 | $35.91 | $1,371.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $9,643.47 | $246.16 | $9,397.31 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $587.86 | $15.01 | $572.85 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $959.82 | $24.50 | $935.32 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $849.88 | $21.70 | $828.18 |
| 23 | TD BANK USA NA<br>»» 021 | Unsecured Creditors | $1,054.11 | $26.91 | $1,027.20 |
| 24 | SELECT PORTFOLIO SERVICING INC<br>»» 022 | Mortgage Arrears | $1,203.20 | $1,203.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,581.00 | Current Monthly Payment: | $1,058.00 |
| Paid to Claims: | $11,238.60 | Arrearages: | $5.00 |
| Paid to Trustee: | $1,338.62 | Total Plan Base: | $63,312.00 |
| Funds on Hand: | $1,003.78 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.