Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 23-12139-AMC**

Christine R. DeFrangesco
4 Ashwood Lane
Norristown  PA    19403

Petition Filed Date: 07/19/2023
341 Hearing Date: 09/08/2023
Confirmation Date: 10/25/2023

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2024 | $1,058.00 | | 09/23/2024 | $1,058.00 | | 10/22/2024 | $1,058.00 | |
| 11/21/2024 | $1,058.00 | | 12/26/2024 | $1,058.00 | | 01/17/2025 | $1,058.00 | |
| 02/25/2025 | $1,058.00 | | 03/20/2025 | $1,058.00 | | 04/23/2025 | $1,058.00 | |
| 06/02/2025 | $1,058.00 | | 06/25/2025 | $1,058.00 | | 07/24/2025 | $1,058.00 | |

**Total Receipts for the Period:  $12,696.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $26,277.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $2,000.94 | $2,000.94 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $308.42 | $78.19 | $230.23 |
| 3 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $604.52 | $179.09 | $425.43 |
| 4 | CAPITAL ONE BANK (USA) NA »» 003 | Unsecured Creditors | $1,483.81 | $439.56 | $1,044.25 |
| 5 | MERRICK BANK »» 004 | Unsecured Creditors | $1,492.77 | $442.22 | $1,050.55 |
| 6 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $2,515.41 | $2,515.41 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $594.67 | $176.15 | $418.52 |
| 8 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $342.26 | $86.80 | $255.46 |
| 9 | MIDLAND CREDIT MANAGEMENT INC »» 007 | Unsecured Creditors | $482.70 | $142.97 | $339.73 |
| 10 | MIDLAND CREDIT MANAGEMENT INC »» 008 | Unsecured Creditors | $987.45 | $292.53 | $694.92 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 009 | Unsecured Creditors | $8,423.96 | $2,495.55 | $5,928.41 |
| 12 | MIDLAND CREDIT MANAGEMENT INC »» 010 | Unsecured Creditors | $4,526.56 | $1,340.97 | $3,185.59 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $354.23 | $104.92 | $249.31 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $2,699.62 | $799.75 | $1,899.87 |

**Chapter 13 Case No. 23-12139-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $2,803.58 | $830.55 | $1,973.03 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $532.54 | $157.79 | $374.75 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $6,699.73 | $1,984.76 | $4,714.97 |
| 18 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $1,406.91 | $416.78 | $990.13 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $9,643.47 | $2,856.84 | $6,786.63 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC »» 018 | Unsecured Creditors | $587.86 | $174.15 | $413.71 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC »» 019 | Unsecured Creditors | $959.82 | $284.35 | $675.47 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC »» 020 | Unsecured Creditors | $849.88 | $251.78 | $598.10 |
| 23 | TD BANK USA NA »» 021 | Unsecured Creditors | $1,054.11 | $312.28 | $741.83 |
| 24 | SELECT PORTFOLIO SERVICING INC »» 022 | Mortgage Arrears | $1,203.20 | $1,203.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,277.00 | Current Monthly Payment: | $1,058.00 |
| Paid to Claims: | $23,942.53 | Arrearages: | $5.00 |
| Paid to Trustee: | $2,306.69 | Total Plan Base: | $63,312.00 |
| Funds on Hand: | $27.78 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.