Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Christine R. DeFrangesco
4 Ashwood Lane
Norristown, PA 19403

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12139-AMC**

Petition Filed Date: 07/19/2023
341 Hearing Date: 09/08/2023
Confirmation Date: 10/25/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2025 | $1,058.00 | | 09/24/2025 | $1,058.00 | | 10/23/2025 | $1,058.00 | |
| 11/24/2025 | $1,058.00 | | 12/23/2025 | $1,058.00 | | 01/28/2026 | $1,058.00 | |
| 02/19/2026 | $1,058.00 | | 03/25/2026 | $1,058.00 | | 04/27/2026 | $1,058.00 | |
| 05/27/2026 | $1,058.00 | | 06/26/2026 | $1,058.00 | | 07/24/2026 | $1,058.00 | |

**Total Receipts for the Period: $12,696.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $38,973.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,000.94 | $2,000.94 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $308.42 | $149.38 | $159.04 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $604.52 | $305.41 | $299.11 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $1,483.81 | $780.61 | $703.20 |
| 5 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $1,492.77 | $785.30 | $707.47 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $2,515.41 | $2,515.41 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $594.67 | $300.44 | $294.23 |
| 8 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $342.26 | $165.80 | $176.46 |
| 9 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $482.70 | $243.84 | $238.86 |
| 10 | MIDLAND CREDIT MANAGEMENT INC<br>»» 008 | Unsecured Creditors | $987.45 | $519.49 | $467.96 |
| 11 | MIDLAND CREDIT MANAGEMENT INC<br>»» 009 | Unsecured Creditors | $8,423.96 | $4,431.66 | $3,992.30 |
| 12 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $4,526.56 | $2,381.31 | $2,145.25 |

**Chapter 13 Case No. 23-12139-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 011 | Unsecured Creditors | $354.23 | $171.59 | $182.64 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $2,699.62 | $1,420.19 | $1,279.43 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $2,803.58 | $1,474.90 | $1,328.68 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $532.54 | $269.06 | $263.48 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $6,699.73 | $3,524.57 | $3,175.16 |
| 18 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $1,406.91 | $740.12 | $666.79 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $9,643.47 | $5,073.23 | $4,570.24 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 018 | Unsecured Creditors | $587.86 | $297.02 | $290.84 |
| 21 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $959.82 | $504.94 | $454.88 |
| 22 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $849.88 | $447.12 | $402.76 |
| 23 | TD BANK USA NA<br>»» 021 | Unsecured Creditors | $1,054.11 | $554.57 | $499.54 |
| 24 | SELECT PORTFOLIO SERVICING INC<br>»» 022 | Mortgage Arrears | $1,203.20 | $1,203.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,973.00 | Current Monthly Payment: | $1,058.00 |
| Paid to Claims: | $34,635.10 | Arrearages: | $5.00 |
| Paid to Trustee: | $3,261.04 | Total Plan Base: | $63,312.00 |
| Funds on Hand: | $1,076.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.